# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED AUGUST 29, 2018

### NO. 03-18-00049-CV

**End Op, L.P. and Lost Pines Groundwater
Conservation District, Appellants**

**v.**

**Andrew Meyer, Bette Brown, Darwyn Hanna, and
Environmental Stewardship, Appellees**

**APPEAL FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
VACATED IN PART; REVERSED AND RENDERED IN PART—
OPINION BY CHIEF JUSTICE ROSE
CONCURRING OPINION BY JUSTICE PEMBERTON**

This is an appeal from the final judgment signed by the district court on January 4, 2018. Having reviewed the record and the parties' arguments, the Court holds that the district court lacked jurisdiction over the subject matter of this dispute. Therefore, the Court reverses the district court's holding regarding jurisdiction and vacates the remainder of the district court's final judgment. The Court renders judgment dismissing the case. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.